**IN RE William B. PRICE, Jr., No. 445-80**

March 24, 1981. The resignation of Attorney William B. Price, Jr. from the Bar of the Vermont Supreme Court is accepted subject to

the terms and conditions of 12 V.S.A. App. VIII, A.O. 9 § 14, as fully as if the same had been offered prior to the filing of the formal presentment. Judgment that William B. Price, Jr., is removed from the office of attorney and counsellor at law and solicitor in chancery, and his name is stricken from the rolls.